# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUGUST IMAGE, LLC, and CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATCHER MEDIA, INC., <br><br> Defendant. | Case No. 3:22-CV-00203-ART-CLB <br><br> **ORDER TO STRIKE LETTER** |

On June 20, 2023, a joint notice of settlement was filed in this case. (ECF No. 31.) On August 15, 2023, Plaintiff August Image LLC ("August") filed a letter requesting the undersigned Magistrate Judge aid in finalizing the terms of the settlement agreement in a conference call. (ECF No. 33.) August also emailed the letter to the Magistrate's chambers. Pursuant to General Order 2021-05, Section 3(d), parties must not 'letters' with the Court. Improperly filed 'letters' will be stricken from the docket. Additionally, it is inappropriate to email chambers with a request of this sort. If August, or any party, wishes to have a conference call with the Court, they shall file a motion or stipulation requesting one. Accordingly, August's letter, (ECF No. 33), is hereby STRICKEN.

**IT IS SO ORDERED.**

**DATED**: __August 15, 2023.__

_____
UNITED STATES MAGISTRATE JUDGE