# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AUGUST IMAGE, LLC, and<br>CREATIVE PHOTOGRAPHERS, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>WATCHR MEDIA, INC.,<br><br>    Defendant. | Civil Action No.: 3:22-cv-00203-ART-CLB<br><br>**ORDER GRANTING** |

## STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff and Defendant WATCHR MEDIA, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 27, 2023    The Law Office of David C. Deal, P.L.C.

*/s/David C. Deal*
*Counsel for Plaintiff*

Dated: September 27, 2023    Baker & Hostetler LLP

*/s/Oren Warshavsky*
*Counsel for Defendant*

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 27, 2023

_____
Anne R. Traum
United States District Court Judge

DATED: September 28, 2023.